Argued October 2—decided October 2, 1962

UFA E. GUTHRIE *v.* MINNIOLA O. MILLER

The motion by the plaintiff for default in the appeal from the Superior Court in Hartford County is denied.

The pleading by the defendant entitled "To the Jurisdiction" in the appeal from the Superior Court in Hartford County is overruled.

*Ufa E. Guthrie,* pro se, the plaintiff.

708

*Minniola O. Miller,* pro se, the defendant.

Argued October 9—decided October 31, 1962